# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ELLIOT BOHLER,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**C.R. ENGLAND, INC.,**<br><br>　　　　Defendant. | **MEMORANDUM DECISION<br>AND ORDER**<br><br>Case No. 2:22-CV-00396-DAK<br><br>Judge Dale A. Kimball |

　　　　This case deals with the same Defendant and facts as *In Re: C.R. England, Inc. Data Breach Litigation*, 2:22-cv-00374. On March 18, 2024, this court issued an order granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion and Application for Attorneys' Fees, Expenses, and Service Awards to Class Representatives [ECF No. 57]. As a result, the issues and motions in this case are now MOOT. Accordingly, the court dismisses this case, and instructs the Clerk of Court to close the case.

　　　　DATED this 20th day of March 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DALE A. KIMBALL
　　　　　　　　　　　　　　　　　　　　United States District Judge

1